Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 49389) the protests were sustained.

**No. 41213.**—Protest 710462–G (B) of Roma Importing Co. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 39667 it was held that an allowance should have been made in the dutiable weight of the cheese in question to compensate for the foreign substances on the outside.

**No. 41214.**—Protests 978947–G, etc., of Andrew Makris & Bros. et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 39667 it was held that an allowance should have been made in the dutiable weight of the cheese in question to compensate for the foreign substances on the outside.

**No. 41215.**—Protests 981528–G, etc., of John Alban & Co., Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 39667 it was held that an allowance should have been made in the dutiable weight of the cheese in question to compensate for the foreign substances on the outside.

BEFORE THE FIRST DIVISION, MAY 4, 1939

**No. 41216.**—Protests 774700–G, etc., of New York Merchandise Co. (Los Angeles).

Opinion by McCLELLAND, P. J. It was stipulated that the merchandise consists of novelty brushes or so-called fiber whisk brooms, and clothes and hat brushes, and other brushes similar to those the subject of Abstract 34593 and *United States* v. *Heinrich Herrmann* (26 C. C. P. A. 292, C. A. D. 30). The claim at 50 percent under paragraph 1506 was therefore sustained.

**No. 41217.**—Protests 914606–G, etc., of Greenberg & Josefsberg et al. (New York).

Opinion by McCLELLAND, P. J. It was stipulated that the merchandise consists of novelty brushes or so-called fiber whisk brooms, and clothes and hat brushes, and other brushes similar to those passed upon in Abstract 34593 and *United States* v. *Heinrich Herrmann* (26 C. C. P. A. 292, C. A. D. 30). The claim at 50 percent under paragraph 1506 was therefore sustained.

**No. 41218.**—Protests 663779–G, etc., of Globe Shipping Co., Inc., et al. (New York).